FRANK SLAVIN *vs.* NEW YORK, NEW HAVEN & HARTFORD
RAILROAD CO.

*First Judicial District.*

[Submitted on briefs October 4th—decided November 7th, 1893.]

APPEAL by plaintiff from a judgment of the Superior
Court (*Robinson, J.*), of Litchfield County, awarding him
only nominal damages for injuries received while in the em-
ployment of the defendant as a brakeman. The trial court
found the plaintiff guilty of contributory negligence, and
that but for such negligence he would not have been hurt.

*Henry C. Baldwin* and *R. E. Hall,* for appellant (plain-
tiff.)

*Walter S. Judd,* for the appellee (defendant.)

BY THE COURT : No error ; judgment affirmed. Opinion
by *Andrews, C. J.* All concur. Opinion filed with the clerk
of the Superior Court, Litchfield County.

---

PATRICK McCARTHY *vs.* THE CITY OF NEW BRITAIN.

*First Judicial District.*

[Submitted by briefs October 14th—decided November 7th, 1893.]

APPEAL by the defendant from a judgment of the Supe-
rior Court (*Robinson, J.*), of Hartford County, awarding the

Terry & Co. *v.* Bates.

plaintiff $2,000 damages for personal injuries received on account of the negligence of the defendant in failing to keep a certain sidewalk in proper condition. The defendant suffered a default, and the case was heard in damages to the court. The trial court found that the defendant was guilty of negligence, and that through this negligence the plaintiff suffered his injury.

*B. F. Gaffney* and *F. L. Hungerford*, for the appellant (defendant.)

*Wm. F. Henney* and *John W. Coogan*, for the appellee (plaintiff.)

BY THE COURT : No error ; judgment affirmed. Opinion by *Andrews, C. J.* All concur. Opinion filed with the clerk of the Superior Court, Hartford County.